# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ALBERTO BONILLA-CASTRO,**

        Plaintiff,

        V.           CASE NUMBER: **07-C-821**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's appeal from the Commissioner of the Social Security Administration's final decision denying plaintiff's July 8, 2004, application for disability insurance benefits is DENIED.**

**The decision of the Commissioner of the Social Security Administration is AFFIRMED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|    September 9, 2008 | **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| | *s/ Linda M. Zik* |
| | (By) Deputy Clerk |